AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Southern District of New York

| | |
|---|---|
| MRNY, ASC, CARECEN-NY, CCCS, CLINIC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-11633 |
| Pompeo, US DOS, Trump, Azar, US HHS ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, MRNY, ASC, CARECEN-NY, CCCS, CLINIC, A. Doe, B. Doe, C. Doe, D. Doe and E. Doe

Date: 12/20/2019

*Attorney's signature*

Susan Cameron (SC3066)
*Printed name and bar number*
The Legal Aid Society
199 Water Street
New York, NY  10038

*Address*

SCameron@legal-aid.org
*E-mail address*

(212) 298-3253
*Telephone number*

(646) 924-3563
*FAX number*