**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, CENTRAL AMERICAN REFUGEE CENTER NEW YORK, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), CATHOLIC LEGAL IMMIGRATION NETWORK, INC., ALICIA DOE, BRENDA DOE, CARL DOE, DIANA DOE, and ERIC DOE,

Plaintiffs,

-against-

MICHAEL POMPEO, *in his official capacity as Secretary of State*; UNITED STATES DEPARTMENT OF STATE; DONALD TRUMP, *in his official capacity as President of the United States*; ALEX AZAR, *in his official capacity as Secretary of the Department of Health and Human Services*; and UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,

Defendants.

------------------------------------x



ORDER

19 Civ. 11633 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' motion for a temporary restraining order in order to preserve the status quo pending oral argument on Plaintiffs' motion for a preliminary injunction, (ECF No. 55), is DENIED.

However, oral argument on Plaintiffs' motion for a preliminary injunction is rescheduled from March 17, 2020 to February 28, 2020 at 11:00 am.

Dated: New York, New York
February 21, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge