UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MAKE THE ROAD NEW YORK, AFRICAN
SERVICES COMMITTEE, CENTRAL AMERICAN
REFUGEE CENTER NEW YORK, CATHOLIC
CHARITIES COMMUNITY SERVICES
(ARCHDIOCESE OF NEW YORK), CATHOLIC
LEGAL IMMIGRATION NETWORK, INC.,
ALICIA DOE, BRENDA DOE, CARL DOE, DIANA
DOE, and ERIC DOE,

                      Plaintiffs,

           -against-

MICHAEL POMPEO, *in his official capacity as Secretary of State*; the UNITED STATES DEPARTMENT OF STATE; DONALD TRUMP, *in his official capacity as President of the United States*; ALEX AZAR, *in his official capacity as Secretary of the Department of Health and Human Services*; and the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,

                      Defendants.

------------------------------------x

ORDER

19 Civ. 11633 (GBD)

GEORGE B. DANIELS, United States District Judge:

The oral argument on Defendants' motion to dismiss scheduled for May 5, 2020 is adjourned to May 18, 2020 from 10:00 a.m to 1:00 p.m by videoconference.

Dated: New York, New York
       April 30, 2020

                                        SO ORDERED,

                                        */s/ George B. Daniels*
                                        GEORGE B. DANIELS,
                                        United States District Judge