UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MAKE THE ROAD NEW YORK, AFRICAN
SERVICES COMMITTEE, CENTRAL AMERICAN
REFUGEE CENTER NEW YORK, CATHOLIC
CHARITIES COMMUNITY SERVICES
(ARCHDIOCESE OF NEW YORK), CATHOLIC
LEGAL IMMIGRATION NETWORK, INC.,
ALICIA DOE, BRENDA DOE, CARL DOE, DIANA
DOE, and ERIC DOE,

                    Plaintiffs,

-against-

MICHAEL POMPEO, *in his official capacity as Secretary of State*; the UNITED STATES DEPARTMENT OF STATE; DONALD TRUMP, *in his official capacity as President of the United States*; ALEX AZAR, *in his official capacity as Secretary of the Department of Health and Human Services*; and the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,

                    Defendants.

------------------------------------x

ORDER

19 Civ. 11633 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' request that the Court restructure the order of presentation of oral argument scheduled for May 18, 2020 (ECF No. 80) is DENIED.

    Members of the public who wish to listen to the oral argument scheduled for May 18, 2020 at 10:00 am may call (888) 363-4749 and use Access Code 4523890.

Dated: New York, New York
       May 14, 2020

SO ORDERED,

*/s/ George B. Daniels*
GEORGE B. DANIELS,
United States District Judge