UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al.<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL POMPEO, Secretary of State, et al.<br><br>Defendants | Civil Action No. 19-11633 (GBD) |

## NOTICE OF APPEAL

Notice is hereby given that all defendants in the above named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order, ECF No. 88, entered in this action on the 29th day of July, 2020.

Date: September 22, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants