UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MICHAEL POMPEO, Secretary of State, et al. )<br>)<br>Defendants ) | Civil Action No. 19-11633 (GBD) |

## NOTICE OF WAIVER OF REPLY AND HEARING IN CONNECTION WITH MOTION FOR STAY OF INJUNCTION PENDING APPEAL

In connection with the defendants' Motion for Stay of Injunction Pending Appeal, ECF No. 96, the defendants hereby provide notice that they waive their right under the Local Rules to file a reply in support of that motion. In light of the Court's ruling on the plaintiffs' motion for preliminary injunction and the associated hearing, the defendants also submit that a hearing is unnecessary to resolve the defendants' instant motion.

Given the harms and other issues identified in the defendants' motion, the defendants respectfully request that the Court rule on the motion by October 16, 2020, after which the defendants intend to seek relief in the U.S. Court of Appeals for the Second Circuit.

Date: October 7, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530

Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants