UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MAKE THE ROAD NEW YORK, AFRICAN
SERVICES COMMITTEE, CENTRAL AMERICAN
REFUGEE CENTER NEW YORK, CATHOLIC
CHARITIES COMMUNITY SERVICES
(ARCHDIOCESE OF NEW YORK), CATHOLIC
LEGAL IMMIGRATION NETWORK, INC.,
ALICIA DOE, BRENDA DOE, CARL DOE, DIANA
DOE, and ERIC DOE,
                        Plaintiffs,

        -against-

MICHAEL POMPEO, *in his official capacity as Secretary of State*; the UNITED STATES DEPARTMENT OF STATE; ALEX AZAR, *in his official capacity as Secretary of the Department of Health and Human Services*; and the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,
                        Defendants.
------------------------------------X

ORDER

19 Civ. 11633 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendants' October 7, 2020 request that this Court rule on their Motion for a Stay of Injunction Pending Appeal by October 16, 2020 is DENIED.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge