UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MAKE THE ROAD NEW YORK et al.,

                          Plaintiffs,

    -against-

ANTONY BLINKEN[1] et al.,
                        Defendants.
------------------------------------X

ORDER

19 Civ. 11633 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the President's February 2, 2021 Executive Order calling for the Secretary of State to review agency actions related to the implementation of the public charge ground of inadmissibility, Defendants' unopposed request that this Court enter a stay of proceedings in this action for up to 90 days, (ECF No. 109), is GRANTED.

Dated: New York, New York
         February 22, 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] Antony Blinken is now the Secretary of State. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Blinken is hereby substituted for former Secretary Michael Pompeo as a defendant in this action.