UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STATE OF NEW YORK, et al.,

                Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, et al.,

                Defendants.

19-CV-7777 (GBD) (OTW)

**SCHEDULING ORDER**

------------------------------------------------------------x

MAKE THE ROAD NEW YORK, et al.,

                Plaintiffs,

    -against-

TRACY RENAUD, et al.,

                Defendants.

19-CV-7993 (GBD) (OTW)

**SCHEDULING ORDER**

------------------------------------------------------------x

MAKE THE ROAD NEW YORK, et al.,

                Plaintiffs,

    -against-

ANTONY BLINKEN, et al.,

                Defendants.

19-CV-11633 (GBD)

**SCHEDULING ORDER**

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed the March 25, 2021 joint status report filed as ECF 289 in *State of New York, et al.* v. *U.S. Dep't of Homeland Security, et al.*, No. 19-cv-7777 (GBD) (OTW) and ECF 311 in *Make the Road New York, et al.* v*. Renaud, et al.*, No. 19-cv-7993 (GBD) (OTW). The

Court will hold a confidential **Pre-Settlement Conference Scheduling Call on April 28, 2021 at 10:00 am.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

<u>*s/ Ona T. Wang*</u>

Dated: New York, New York  
       March 26, 2021

**Ona T. Wang**  
United States Magistrate Judge