```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
MAKE THE ROAD NEW YORK, et al.,                              :
                                                             :
                                Plaintiffs,                  :       19-CV-11633 (GBD) (OTW)
                                                             :
                -against-                                    :       ORDER
                                                             :
ANTONY BLINKEN, et al.,                                      :
                                                             :
                                Defendants.                  :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall submit a joint status letter on **May 21, 2021**.

**SO ORDERED.**

Dated: New York, New York  
      April 29, 2021

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge