UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, CENTRAL AMERICAN REFUGEE CENTER NEW YORK, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), CATHOLIC LEGAL IMMIGRATION NETWORK, INC., ALICIA DOE, BRENDA DOE, CARL DOE, DIANA DOE, and ERIC DOE,<br><br>        Plaintiffs,<br><br>    - against -<br><br>MICHAEL POMPEO, in his official capacity as Secretary of State; the UNITED STATES DEPARTMENT OF STATE; ALEX AZAR, in his official capacity as Secretary of the Department of Health and Human Services; and the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>        Defendants. | 1:19-cv-11633 (GBD) |

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of S. Reeves Jordan, and subject to the approval of the Court, S. Reeves Jordan hereby withdraws as counsel for Plaintiffs Make the Road New York, African Services Committee, Central American Refugee Center-New York, Catholic Charities Community Services, Catholic Legal Immigration Network, Inc., Alicia Doe, Brenda Doe, Carl Doe, Diana Doe, and Eric Doe (collectively, "Plaintiffs"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Plaintiffs will continue to be represented in this proceeding by

Andrew J. Ehrlich, Jonathan H. Hurwitz, and other members of the firm, as well as by counsel from the Center for Constitutional Rights, the Legal Aid Society, and the National Immigration Law Center.

Dated: New York, New York
July 8, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: ___/s/ S. Reeves Jordan___

S. Reeves Jordan
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
rjordan@paulweiss.com

SO ORDERED:

_____
Ona T. Wang        7/9/21
U.S.M.J.