**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, CENTRAL AMERICAN REFUGEE CENTER NEW YORK, ASIAN AMERICAN FOUNDATION, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), CATHOLIC LEGAL IMMIGRATION NETWORK, INC., ALICIA DOE, BRENDA DOE, CARL DOE, DIANA DOE, and ERIC DOE, | |

                                        Plaintiffs,

ORDER

19 Civ. 11633 (GBD)

                    -against-

MICHAEL POMPEO, UNITED STATES
DEPARTMENT OF STATE, ALEX AZAR, and
UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

                                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

  The Clerk of Court is directed to close the open motion at ECF No. 96 as moot.


Dated:  April 24, 2023
         New York, New York

                                        SO ORDERED.

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        United States District Judge