**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAKE THE ROAD NEW YORK, et al.<br><br>             Plaintiffs<br><br>v.<br><br>ANTONY J. BLINKEN, Secretary of State, et al.<br><br>             Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 19-11633 (GBD)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Date: 11/14/23

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Andrew J. Ehrlich
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
aehrilich@paulweiss.com

CENTER FOR CONSTIUTIONAL RIGHTS
Baher Azmy
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
bazmy@ccrjustice.org

THE LEGAL AID SOCIETY
Susan Welber
260 East 161st Street, 8th Floor
Bronx, New York 10451
(646) 629-7228
sewelber@legal-aid.org

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

BRIGHAM BOWEN
Assistant Branch Director

/s/ CL
JAMES C. LUH
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov
Attorneys for Defendants