UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, CENTRAL AMERICAN REFUGEE CENTER NEW YORK, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), CATHOLIC LEGAL IMMIGRATION NETWORK, INC., ALICIA DOE, BRENDA DOE, CARL DOE, DIANA DOE, AND ERIC DOE,

        Plaintiffs,

-against-

ANTHONY BLINKEN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE, THE UNITED STATES DEPARTMENT OF STATE; XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; AND THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

ORDER

19-CV-11633 (GBD) (OTW)

------------------------------------------x

GEORGE B. DANIELS, District Judge:

  The Clerk of Court is directed to close the open motion at ECF No. 154.

Dated: New York, New York
   September 30, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge