UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, CENTRAL AMERICAN REFUGEE CENTER NEW YORK, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), CATHOLIC LEGAL IMMIGRATION NETWORK, INC., ALICIA DOE, BRENDA DOE, CARL DOE, DIANA DOE, and ERIC DOE,

    Plaintiffs,

    -against-

ANTHONY BLINKEN, in his official capacity as Secretary of State, the UNITED STATES DEPARTMENT OF STATE; XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services; and the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

------------------------------------------------------------x

19-CV-11633 (GBD) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 181.

On May 10, 2024, Plaintiffs submitted a motion to redact Individual Plaintiffs' legal names from declarations filed in support of their application for attorneys' fees. (ECF Nos. 167, 168, 169). Plaintiffs' submissions stated that the Government represented that they took no position with regard to Plaintiffs' motion to seal and/or redact Plaintiffs' names, "with the understanding that (1) the Government does not necessarily agree with Plaintiffs' position to shield the names; and (2) the Government is not conceding any issue, including whether the filing of any declarations is proper." (ECF 168 at 5).

Because the Government's position regarding Plaintiffs' motion was unclear, on November 12, 2024, I ordered the Government to file any opposition to Plaintiffs' motion by Friday, November 15, 2024. (ECF 180).

On November 15, 2024, the Government submitted a letter representing that Defendants "do not oppose the plaintiffs' motion as it pertains to redaction and ex parte submission, though the Government does not necessarily agree that there is good cause to shield the plaintiffs' identities." (ECF 181). Accordingly, the Court deems Plaintiffs' motion to redact as unopposed.

Plaintiffs' motion to redact the Individual Plaintiffs' legal names from declarations filed in support of their application for attorneys' fees is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF 167.

Dated: November 18, 2024
New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge