IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK, *et. al*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARCO RUBIO,[1] Secretary of State, *et al.*, ) <br> ) <br> Defendant. ) <br> ) | Case No. 19-cv-11633 (GBD-OTW) |

## SUBSTITUTION OF COUNSEL

To: The Clerk of Court and all parties of record.

Please enter the appearance of Olivia Hussey Scott as counsel for Defendants in the above-captioned case. Also, please withdraw the appearance of James Luh, who previously appeared on behalf of Defendants.

Date: April 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

*/s/ Olivia Hussey Scott*
Olivia R. Hussey Scott
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-8491

---

[1] Marco Rubio, Secretary of State, is substituted as a defendant in his official capacity under Rule 25(d) of the Federal Rules of Civil Procedure.

Fax: (202) 616-8460
Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendant*