UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MAKE THE ROAD NEW YORK, AFRICAN
SERVICES COMMITTEE, CENTRAL AMERICAN
REFUGEE CENTER NEW YORK, CATHOLIC
CHARITIES COMMUNITY SERVICES
(ARCHDIOCESE OF NEW YORK), CATHOLIC
LEGAL IMMIGRATION NETWORK, INC., ALICIA
DOE, BRENDA DOE, CARL DOE, DIANA DOE, and
ERIC DOE,

                             Plaintiffs,

            -against-

MICHAEL POMPEO, in his official capacity as
Secretary of State; the UNITED STATES
DEPARTMENT OF STATE; DONALD TRUMP, in his
official capacity as President of the United States; ALEX
AZAR, in his official capacity as Secretary of the
Department of Health and Human Services; and the
UNITED STATES DEPARTMENT OF HEALTH &
HUMAN SERVICES, JUAN DIAZ and SUZUKI
MOTORS CORPORATION,

                             Defendants.

ORDER

19 Civ. 11633 (GBD) (OTW)

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

        Plaintiffs' Motion for Reconsideration, (ECF No. 177), is DENIED as moot, because the Supreme Court has issued its decision in *Lackey v. Stinnie*, 604 U. S. ___ (2025). The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       April 14, 2025

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge