**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

MAKE THE ROAD NEW YORK, *et al.*,    :

                                         Plaintiffs,    :

              -against-    :

UNITED STATES CITIZENSHIP AND    :
IMMIGRATIONS SERVICES; DIRECTOR OF    :
UNITED STATES CITIZENSHIP AND    :
IMMGRATION SERVICES, *et al.*,    :
                          Defendants.    :

------------------------------------ x

MAKE THE ROAD NEW YORK, *et al.*,    :

                                         Plaintiffs,    :

              -against-    :

UNITED STATES DEPARTMENT OF STATE;    :
SECRETARY OF STATE, *et al.*,    :
                          Defendants.    :

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

**ORDER**

19 Civ. 7993 (GBD) (OTW)

19 Civ. 11633 (GBD) (OTW)

The parties voluntarily dismissed, by motion and joint stipulation, these related actions in March 2023 and November 2023, respectively. (*See* 19 Civ 7993, ECF No. 342; 19 Civ. 11633, ECF No. 148.) The parties have also withdrawn the previously filed appeals. All substantive issues have been resolved, other than any objections to the Magistrate Judge's Report and Recommendation to award attorney's fees. Accordingly, the Clerk of Court is directed to close these cases and the open motions at ECF Nos. 385 and 193.

Dated: March 16, 2026
New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge